UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                    )
ANGEL NAVARRO,                      )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )    C.A. No. 12-141 S
                                    )
CAPTAIN BARBARA HEADEN, et al.,     )
                                    )
        Defendants.                 )
_____)

## **ORDER**

WILLIAM E. SMITH, Chief Judge.

On May 28, 2014, United States Magistrate Judge Lincoln D. Almond issued a Report and Recommendation ("R&R") in the above-captioned matter (ECF No. 23). Judge Almond recommended that Defendants' Motion to Dismiss (ECF No. 21) be GRANTED and that final judgment enter in favor of Defendants. No objections to the R&R were filed. Because this Court agrees with Judge Almond's analysis, it hereby accepts the R&R pursuant to 28 U.S.C. § 636(b)(1). Defendants' Motion to Dismiss is GRANTED and final judgment shall enter in favor of Defendants.

IT IS SO ORDERED.

/s/ W E Smith
_____
William E. Smith
Chief Judge
Date: July 10, 2014